*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  Chapter: 13

    Giuseppe D'Alto

        Debtor(s)   Bankruptcy No: 15–13397–jkf

# *O R D E R*

**AND NOW,** this 14th day of May, 2015 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Chapter 13 Plan due by 5/27/2015
    Schedules A–J due 5/27/2015
    Statement of Financial Affairs due 5/27/2015
    Summary of schedules due 5/27/2015
    Statistical Summary of Certain Liabilities due 5/27/2015
    Means Test Calculation Form 22C–2 Due: 5/27/2015
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 22C–1 Due 5/27/2015

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

7
Form 130