37778/15-13397

## UNITED STATES BANKRUPTCY COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Giuseppe D'Alto | : | A HEARING WILL BE HELD ON 9/30/15 at |
| Debtor | : | 9:30 AM IN COURTROOM #3 |
| Seterus, Inc. as the authorized subservicer for | : | 900 MARKET STREET, |
| Federal National Mortgage Association | : | PHILADELPHIA, PA 19107 |
| ("Fannie Mae"), creditor c/o Seterus, Inc, its | : | |
| successors and assigns | : | CHAPTER 7 |
| Movant, | : | |
| v. | : | BANKRUPTCY NO. 15-13397 |
| Giuseppe D'Alto | : | |
| Respondent | : | 11 U.S.C. §362 |
| William C. Miller, Trustee | | |
| Additional Respondent | | |

## ORDER

AND NOW, this 30th day of September, 2015, no answer or other responsive pleading having been filed as required under L.B.R. 9014-3 (h), it is

**ORDERED AND DECREED THAT**: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362(d), is modified with respect to the premises: **236 North Lynn Boulevard Upper Darby PA 19082**, as to allow the Movant to take such actions with respect to the real property as are set forth under applicable non-bankruptcy law. The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. The relief granted by this order shall be effective immediately and shall not be subject to the 14 day period set forth in Bankruptcy Rule 4001(a)(3).

United States Bankruptcy Judge

Copies to:
Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
Secane, PA 19018
(610)328-2887

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

37778/15-13397

Giuseppe D'Alto
236 North Lynn Boulevard, Upper Darby, PA 19082

Timothy Zearfoss, Esquire
143-145 Long Lane, Upper Darby, PA 19082

William C. Miller
111 S. Independence Mall, Philadelphia, PA 19106